UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAM VO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4264** |
| **ST. CHARLES PARISH, ET AL.** | **SECTION "J"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tam Vo's § 1983 claims against the defendants, St. Charles Parish and Lance Savage, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(b).

**IT IS FURTHER ORDERED** that the **Motion to Dismiss for Failure to State a Claim (Rec. Doc. 9)**, **Motion to Dismiss Pursuant to 28 U.S.C. § 1915(e)(2)(B) Rules (B)(1) or Alternatively Rule 12(B)(6) and for Insufficiency of Service of Process Pursuant to Rules 12(B)(5) (Rec. Doc. 10)**, **Motion for Leave to File Amended Complaint (Rec. Doc. 14)**, and **Motion for Leave to File Amended Complaint (Rec. Doc. 18)** are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 18th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE